Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

_____ Division

United States Courts
Southern District of Texas
FILED

DEC 12 2022

Nathan Ochsner, Clerk of Court

Clayton Brothers

)
)
)
)
)

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

TransUnion,
American First Finance

)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
*(to be filled in by the Clerk's Office)*

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

## COMPLAINT AND REQUEST FOR INJUNCTION

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Clayton Brothers |
   | Street Address | 6704 S Loop E |
   | City and County | Houston |
   | State and Zip Code | Texas 77087 |
   | Telephone Number | 832-728-6356 |
   | E-mail Address | clay@claybrothers.com |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

Name: TranUnion
Job or Title *(if known)*:
Street Address: P. O. Box 2000
City and County: Chester
State and Zip Code: PA 19016-2000
Telephone Number: 866-744-8221
E-mail Address *(if known)*:

Defendant No. 2

Name: American First Finance
Job or Title *(if known)*:
Street Address: PO BOX 565848
City and County: DALLAS
State and Zip Code: TX 67205
Telephone Number: (316) 721-1188
E-mail Address *(if known)*:

Defendant No. 3

Name: American First Finance
Job or Title *(if known)*:
Street Address: 7330 W. 33rd Street, North Ste. 112
City and County: Wichita
State and Zip Code: Kansas 67205
Telephone Number: (316) 721-1188
E-mail Address *(if known)*:

Defendant No. 4

Name:
Job or Title *(if known)*:
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address *(if known)*:

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
Fair Debt Collection Practices Act 807-8
Fair Credit Reporting Act 623-b, 15 U.S.C. § 1681l
15 U.S. Code § 1692f, 15 U.S. Code § 1692g, 15 U.S. Code § 1692k

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____, is a citizen of the
      State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated
      under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)*
      _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of
      the State of *(name)* _____. Or is a citizen of
      *(foreign nation)* _____.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

      b.    If the defendant is a corporation

          The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

          Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
325,000.00

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?
Houston, Texas
Dallas, Texas
Wichita, Kansas
Chester, Pennsylvania

B.    What date and approximate time did the events giving rise to your claim(s) occur?
Between October 11, 2022 and December 12, 2022

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Plaintiff Purchased Furniture for 6999.00 on short term finance/ long term lease. Settled the account on Oct. 17, 2022 Via Registered Mail bearing RB238729678US (which was the deadline for short term finance). In November American First Finance started reporting payments as being late. Plaintiff Filed Dispute with Transunion for False Reporting and Gave Notice of Settled account. Transunion closed the dispute without proper validation of the Debt. Plaintiff opened another Dispute which was immediately closed "per consumer request"(also falsely reported). Plaintiff Attempted to have the error corrected with American First Finance on several occasions via Phone Communications. American First Finance initiates investigations and assures Plaintiff of their intent to Cease and Desist until investigation is complete but continue to execute negative credit reports weekly. Defendant(s) are providing these report to mortgage companies assessing Plaintiff's credit for a Home Loan.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Plaintiff is currently executing a home purchase and the false reported balance, payoff and late status are affecting plaintiff's current interest rate and is threatening the underwriting of the Loan. Plaintiff is currently in underwriting and the Loan officer has been asking about the report provided by Transunion concerning this account. Now the late payment status is threatening the loan and the closing of the Home Plaintiff is currently contracted to purchase.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

- Emergency Injunction against Defendant in favor of Plaintiff to cease and desist negative credit reporting, immediate removal of negative credit reports;
- 1,000.00 per occurrence per Defendant for FDCPA Violations; (Congressional fee schedule)
- 1,000.00 per occurrence per Defendant for FCRA Violations; (Congressional fee schedule)
- Reasonable Attorney Fees;
- Cost of Recovery;
- Disgorgement;
- Such and other relief this Honorable Court Might find proper.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/12/2022

Signature of Plaintiff: *[signed] Clayton Brothers*

Printed Name of Plaintiff: Clayton Brothers

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____